**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:24-cv-10528-CBM-AJR |
| Date | August 21, 2025 |
| Title | *Siddiqi v. Bondi et al.* |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER DISMISSING ACTION**

Plaintiff's Complaint seeks injunctive relief requiring Defendants to adjudicate Plaintiff's humanitarian parole application filed by Plaintiff on behalf of her family members. (Dkt. No. 1.) On July 14, 2025, Defendants filed a "Notice of Agency Adjudication and Suggestion of Mootness" (Dkt. No. 27) stating that on July 10, 2025, the United States Citizenship and Immigration services issued Parole Denial Notices for each of Plaintiff's humanitarian parole applications on behalf of her four family members Ramin Seddiqi, Khatera Siddiqi, Ansar Seddiqi, and Asra Seddiq.

On July 15, 2025, the Court issued an order to show cause no later than July 29, 2025 as to why this action should not be dismissed as moot in light of the agency's determination on Plaintiff's humanitarian parole applications. (Dkt. No. 28.) Plaintiff did not file a response to the order to show cause. Accordingly, this action is **dismissed without prejudice**.

**IT IS SO ORDERED.**